NOT FOR PUBLICATION

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| JPMORGAN CHASE BANK, N.A., <br><br> Plaintiff, <br><br> v. <br><br> ELLEN HEINE, MCELROY DEUTSCH MULVANEY & CARPENTER LLP, PETER J. VAN DYKE, SOUTH BRUNSWICK, STATE OF NEW JERSEY, UNITED STATES OF AMERICA, <br><br> Defendants. | Civil Action No. 18-15080 (SDW) (LDW) <br><br><br> **ORDER** <br><br><br><br> February 22, 2018 |

**WIGENTON**, District Judge.

Before this Court is Magistrate Judge Leda Dunn Wettre's ("Judge Wettre") Report and Recommendation ("R&R"), dated January 28, 2019, which recommends that Plaintiff's Motion to Remand be granted. No objections to the R&R were filed.[1]

This Court has reviewed the reasons set forth by Judge Wettre in the R&R and the other documents in this matter. Based on the foregoing, and for good cause shown, it is hereby

**ORDERED** that the R&R of Judge Wettre (ECF No. 12) is **ADOPTED** as the conclusions of law of this Court.

**SO ORDERED**.

                                                                        s/ Susan D. Wigenton, U.S.D.J.

Orig: Clerk
cc: Parties
       Magistrate Judge Wettre

---

[1] This Court notes that Defendant Ellen Heine ("Heine") filed an untimely request for an extension of time to file her opposition to the R&R. (ECF No. 13.) Because Defendant Heine seeks to raise issues that would have no bearing on the outcome of the Motion to Remand, her request is denied.